*In re* ESTATE OF OSCAR J. BREAULT, Deceased,—(HIRSCH E. SOBLE, Petitioner-Appellee, *v.* WILLIAM JOSEPH BREAULT, *et al.,* Respondents-Appellants.)

(No. 54115; )

First District—August 27, 1971.

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

Yowell & Yowell, of Chicago, (John J. Yowell and G. Kent Yowell, of counsel,) for appellants.

Hirsh E. Soble, of Chicago, for appellee.